UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 05 2007

JAMES W. McCORMACK, CLERK
By: _____
               DEP CLERK

DONALD C. ERBACH, JR., and
STEPHANIE S. STREETT, husband and wife,
Individually and on Behalf of
All Others Similarly Situated

              PLAINTIFFS

VS.            CASE NO. 4-07-CV-01112-JLH

SPIN MASTER, LTD. and
SPIN MASTER, INC.

              DEFENDANTS

### AFFIDAVIT OF SERVICE

I, James A. Streett, being duly sworn, state:

1. That on the 16th day of November, 2007, I did mail a copy of the Class Action Complaint and Summons in the above-styled case, to Defendant Spin Master, Ltd. by certified International mail with proper postage prepaid, return receipt requested, to: Spin Master Ltd., c/o Ronnen Harary, 450 Front Street West, Toronto, Ontario, M5V 1B6 Canada. A copy of that summons is attached hereto as Exhibit "A" and made a part hereof by reference.

2. That on the 3rd day of December, 2007, I received a signed return receipt card dated **November 27, 2007.**

3. A copy of the return receipt is hereto attached, marked Exhibit "B", and made a part hereof by reference.

STREETT LAW FIRM, P.A.
James A. Streett, ABA #2007092
Alex G. Streett, ABA #65038
107 West Main
Russellville, AR 72811
Phone 479-968-2030
Email:    James@StreettLaw.com
             Alex@StreettLaw.com

STATE OF ARKANSAS      )
COUNTY OF POPE         )

Subscribed and sworn to before me this __3rd__ day of December, 2007.

_____
Notary Public

My Commission Expires:


PATSY D. BROWN
Pope County
My Commission Expires
February 15, 2013

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __ARKANSAS__

WESTERN DIVISION

DONALD C. ERBACH, JR. and
STEPHANIE S. STREETT, husband and wife,
et al
        V.
SPIN MASTER, LTD. and
  SPIN MASTER, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 4-07-CV-01112 JLH

TO: (Name and address of Defendant)

SPIN MASTER, LTD.

c/o Ronnen Harary, Co-CEO
450 Front Street West
Toronto, Ontario
M5V 1B6 Canada

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ALEX G. STREETT
JAMES A. STREETT
STREETT LAW FIRM, PA
107 West Main
Russellville, AR 72801

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

James W. McCormack         November 15, 2007
CLERK         DATE

_Kay Parker_
(By) DEPUTY CLERK

**EXHIBIT __A__**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                 Date           *Signature of Server*

                                       _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

## NOTICE OF RIGHT TO CONSENT TO DISPOSITION
## OF A CIVIL CASE BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. Section 636(c), you are hereby notified that upon the consent of all parties in a civil case, a United States Magistrate Judge of this district court may be authorized to conduct any or all proceedings, including trial of the case and entry of judgment. Copies of appropriate consent forms are available from the Clerk of the Court. Parties may submit their request on any one of the following forms: *"Consent Form A,"* or *"Notice, Consent, and Order of Transfer."* These forms provide for any appeal of the case to be taken directly to the Circuit Court of Appeals.

You should be aware that your decision to consent, or not to consent, to the disposition of your case before a United States Magistrate Judge is entirely voluntary and should be communicated to the Clerk of the District Court.

In the event all parties consent to disposition by a Magistrate Judge, Magistrate Judge ____H. DAVID YOUNG____ will handle this case.

**CONSENT BY THE PARTIES DOES NOT AFFECT YOUR RIGHT TO A JURY TRIAL.**

| Registered article Envoi recommandé | ☒ Letter Lettre | ☐ Printed Matter Imprimé | ☐ Other Autre | ☒ Express Mail International |
|---|---|---|---|---|

| Insured parcel Colis avec valeur déclarée | Insured Value Valeur déclarée | Article No. RA 902 500 85 709 |
|---|---|---|

Office of mailing Bureau or depot / Date of posting Date de depot

Addressee (Name or firm) Nom ou raison sociale du destinataire
Spin Master LTD c/o Ronnen Harary (Co-CEO)

Street and No. Rue et No.
450 Front Street West

Place and country Lieu et Pays
Toronto, Ontario M5V 1B6 Canada

This receipt must be signed by the addressee or by a person authorized to do so by virtue of the regulations of the country of destination, or, if those regulations so provide, by the employee of the office of destination, and returned by the first mail directly to the sender.

Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.

Postmark of the office of destination
Timbre du bureau de destination
2 8 2007

The article mentioned above was duly delivered.
L'envoi mentionné ci-dessus a été dûment livré.

Date 11/27/07

Signature of the addressee
Signature du destinataire
Daneepa XO

Signature of the employee of the office of destination. Signature de l'agent du bureau du destination.

**EXHIBIT B**