UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| DONALD C. ERBACH, JR., and<br>STEPHANIE S. STREETT, husband and<br>wife, individually and on behalf of<br>all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>SPIN MASTER, LTD., and<br>SPIN MASTER, INC.<br><br>Defendants. | )<br>)<br>)<br>)Cause No. 4-07-CV-01112 JLH<br>)<br>)<br>)<br>)CLASS ACTION COMPLAINT<br>)DEMAND FOR JURY TRIAL<br>)<br>)<br>)<br>)<br>)<br>) |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for **Defendants, Spin Master, Ltd. and Spin Master, Inc.**

I certify that I am admitted to practice in this court.

Date: December 6, 2007.

**/s/ M. Samuel Jones, III**
Bar No. 76060
Mitchell, Williams, Selig,
Gates & Woodyard, P.L.L.C.
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas 72201
(501) 688-8812
*sjones@mwsgw.com*

1116077.1