# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| DONALD C. ERBACH, JR., and STEPHANIE S. STREETT, husband and wife, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPIN MASTER, LTD., and SPIN MASTER, INC.<br><br>Defendants. | Cause No. 4-07-CV-01112 JLH<br><br>CLASS ACTION COMPLAINT<br>DEMAND FOR JURY TRIAL |

## UNOPPOSED MOTION OF DEFENDANTS FOR ENLARGEMENT OF TIME

The parties have agreed to an enlargement of time for the Defendants to respond to the summons and complaint. Spin Master, Ltd. and Spin Master, Inc. have requested and Plaintiffs do not oppose an enlargement of time within which to answer, object to, move with respect to, or otherwise appropriately respond to the summons and complaints in this case until and including December 19, 2007 and hereby respectfully requests that this court enter its order granting this Enlargement of Time.

WHEREFORE, Spin Master, Ltd. and Spin Master, Inc. pray for an order of this court granting them until and including December 19, 2007 within which time to answer, object, or otherwise move with respect to or otherwise appropriately respond to the complaint.

1115959

Respectfully submitted,

MITCHELL, WILLIAMS, SELIG, GATES &
WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
(501) 688-8800
FAX: (501) 688-8807


      /s/ M. Samuel Jones, III
M. Samuel Jones III (76060)
E-mail: sjones@mwsgw.com
Attorneys for Spin Master, Ltd. and
Spin Master, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

  Alex G. Streett, alex@streettlaw.com
  James A. Streett, james@streettlaw.com

        /s/ M. Samuel Jones, III
        M. Samuel Jones, III