IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONALD C. ERBACH, JR., and                                                                      PLAINTIFFS
STEPHANIE S. STREETT, husband and
wife, individually and on behalf of all
others similarly situated

v.                                    No. 4:07CV0112 JLH

SPIN MASTER, LTD., and
SPIN MASTER, INC.                                                                                DEFENDANTS

## ORDER

Without objection, defendants' motion for extension of time up to and including December 19, 2007, in which to answer or otherwise respond to the summons and complaint of plaintiffs is GRANTED. Document #6.

IT IS SO ORDERED this 7th day of December, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE