# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DONALD C. ERBACH, JR., and                                                                PLAINTIFFS
STEPHANIE S. STREETT, husband and
wife, individually, and on behalf of all
others similarly situated

v.                                No. 4:07CV01112 JLH

SPIN MASTER, LTD., and
SPIN MASTER, INC.                                                                          DEFENDANTS

## ORDER

Defendants' unopposed motion for extension of time up to and including January 9, 2008, in which to answer or otherwise respond to the summons and complaint of plaintiffs is GRANTED. Document #9.

IT IS SO ORDERED this 19th day of December, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE