# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas
### U.S. Court House
### 600 West Capitol, Suite A149
### Little Rock, Arkansas 72201-3325

### * * MAILING CERTIFICATE OF CLERK * *

Re: 4:07-cv-1112

True and correct copies of document # **10** along with a copy of the NEF were mailed by the clerk to the following on 12/19/2007

Alex G. Streett
Streett Law Firm, P.A.
107 West Main
Russellville, AR 72801

**You chose to print mailing labels.**

**Preparing documents for the printer: Intake-IMG...**

request id is Intake-IMG-159350 (1 file(s))
request id is Intake-IMG-159351 (1 file(s))
request id is Intake-IMG-159352 (1 file(s))