# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| DONALD C. ERBACH, JR., and STEPHANIE S. STREETT, husband and wife, individually, and on behalf of all others similarly situated | PLAINTIFFS |
| v.   No. 4:07CV01112 JLH | |
| SPIN MASTER, LTD., and SPIN MASTER, INC. | DEFENDANTS |

## ORDER

Defendants' motion for enlargement of time to respond to plaintiffs' summons and complaint and for a temporary stay of proceedings is GRANTED. Document #12. This action is hereby stayed and the time for defendants to respond to plaintiffs' summons and complaint is extended to 30 days following the determination by the panel on multi-district litigation whether to grant the motion, which is to be filed by the defendants in this case, and to assign this case and others similarly situated to a single court for coordinated pre-trial proceedings.

IT IS SO ORDERED this 9th day of January, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE