Page 1 of 1

Case 4:07-cv-01082-JLH Document 14 (Court only) Filed 01/09/2008 Page 1 of 1
Case 4:07-cv-01367 Document 14 (Court only) Filed 01/09/2008 Page 1 of 1

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas
## U.S. Court House
## 600 West Capitol, Suite A149
## Little Rock, Arkansas 72201-3325

### * * MAILING CERTIFICATE OF CLERK * *

Re: 4:07-cv-1112

True and correct copies of document # **13** along with a copy of the NEF were mailed by the clerk to the following on 01/09/2008

Alex G. Streett
Streett Law Firm, P.A.
107 West Main
Russellville, AR 72801

**You chose to print mailing labels.**

**Preparing documents for the printer: fileroom-T644...**

request id is fileroom-T644-161791 (1 file(s))
request id is fileroom-T644-161792 (1 file(s))
request id is fileroom-T644-161793 (1 file(s))