

M. SAMUEL JONES, III
DIRECT DIAL: 501-688-8812
E-MAIL: SJONES@MWSGW.COM

425 WEST CAPITOL AVENUE, SUITE 1800
LITTLE ROCK, ARKANSAS 72201-3525
TELEPHONE 501-688-8800
FAX 501-688-8807

January 23, 2008

James W. McCormack, Clerk
United States District Court
Eastern District of Arkansas
402 U.S. Post Office and Courthouse
600 W. Capitol Avenue
Little Rock, Arkansas 72201-3325

    Re: Donald C. Erbach, Jr., and Stephanie S. Streett, husband and wife, individually and on behalf of all others similarly situated v. Spin Master, Ltd., and Spin Master, Inc.; Cause No. 4-07-CV-01112 JLH

Dear Mr. McCormack:

    Application has been made to the Panel on Multi-District Litigation in Washington for multi-district treatment of this and similarly situated cases. Accordingly, I am submitting for filing in the Erbach case copies of the Motion, Brief in Support, Schedules of Actions (exclusive of the exhibits), and Certificate of Service which were filed in Washington, D.C. this morning. We are filing this letter first so that your office will be aware of the forthcoming pleadings which are being filed as part of the Erbach litigation.

    Thank you very much.

                            Cordially yours,

                            MITCHELL, WILLIAMS, SELIG,
                            GATES & WOODYARD, P.L.L.C.

                            By    /s/ M. Samuel Jones, III

MSJ/ab