CLOSED, HDY, JURY, MDL, TRANSO

## U.S. District Court
## Eastern District of Arkansas (Little Rock)
## CIVIL DOCKET FOR CASE #: 4:07-cv-01112-JLH
## Internal Use Only

| | |
|---|---|
| Erbach et al v. Spin Master Ltd et al | Date Filed: 11/15/2007 |
| Assigned to: Chief Judge J. Leon Holmes | Date Terminated: 04/29/2008 |
| Demand: $5,000,000 | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-Other Contract | Nature of Suit: 195 Contract Product Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Donald C Erbach, Jr**
*husband, individually and on behalf of all others similarly situated*

represented by **Alex G. Streett**
Streett Law Firm, P.A.
107 West Main
Russellville, AR 72801
(479) 968-2030
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James A. Streett**
Streett Law Firm, P.A.
107 West Main
Russellville, AR 72801
479-968-2030
Email: james@streettlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie S Streett**
*wife, individually and on behalf of all others similarly situated*

represented by **Alex G. Streett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James A. Streett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By [signature] D.C.

V.

**Defendant**

**Spin Master Ltd**

represented by **M. Samuel Jones, III**
Mitchell, Williams, Selig, Gates &

```
                                        Woodyard, P.L.L.C. - LR
                                        425 West Capitol Avenue
                                        Suite 1800
                                        Little Rock, AR 72201
                                        (501) 688-8812
                                        Email: sjones@mwsgw.com
                                        ATTORNEY TO BE NOTICED
```

**Defendant**

**Spin Master Inc**     represented by **M. Samuel Jones, III**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2007 | 1 | CLASS ACTION COMPLAINT with Jury Demand filed by Donald C Erbach, Jr, & Stephanie S Streett against all defendants; Summonses were issued and returned to attorney; Filing fee of $350.00 paid; Receipt #LIT008891. (kjp) (Entered: 11/15/2007) |
| 11/15/2007 |   | (Court only) ***Set Magistrate Young & Jury Flags (kjp) (Entered: 11/15/2007) |
| 11/29/2007 | 2 | AFFIDAVIT of Service of Summons & Complaint, filed by Donald C Erbach, Jr, Stephanie S Streett. Spin Master Inc served on 11/19/2007. (mkf) (Entered: 11/29/2007) |
| 12/05/2007 | 3 | AFFIDAVIT of Service of complaint and summons filed by atty for plaintiffs. Spin Master Ltd served on 11/27/2007. (bkp) (Entered: 12/05/2007) |
| 12/06/2007 | 4 | NOTICE of Appearance by M. Samuel Jones, III on behalf of Spin Master Ltd, Spin Master Inc (Jones, M.) (Entered: 12/06/2007) |
| 12/06/2007 | 5 | AFFIDAVIT of Service of summons and complaint on Spin Master, Ltd. c/o Anton Rabie, President and Co-CEO, on 11/27/2001, filed by Stephanie S Streett. (bkp) (Entered: 12/06/2007) |
| 12/06/2007 | 6 | Unopposed MOTION to Extend Time *Enlargement of Time* by Spin Master Ltd, Spin Master Inc (Jones, M.) (Entered: 12/06/2007) |
| 12/07/2007 | 7 | ORDER granting defts' motion 6 to extend time to answer complaint; Spin Master Ltd and Spin Master Inc answer due 12/19/2007. Signed by Chief Judge J. Leon Holmes on 12/7/07. (vjt) (Entered: 12/07/2007) |
| 12/07/2007 | 8 | (Court only) CERTIFICATE OF MAILING by the Clerk re 7 Order (vjt) (Entered: 12/07/2007) |
| 12/18/2007 | 9 | Unopposed MOTION for Extension of Time to File Answer *and Respond to Summons and Complaint* by Spin Master Ltd, Spin Master Inc (Jones, M.) (Entered: 12/18/2007) |
| 12/19/2007 | 10 | ORDER granting defts' motion 9 for extension of time to answer |

| | | |
|---|---|---|
| | | complaint; Spin Master Ltd and Spin Master Inc answer due 1/9/2008. Signed by Chief Judge J. Leon Holmes on 12/19/07. (vjt) (Entered: 12/19/2007) |
| 12/19/2007 | 11 | (Court only) CERTIFICATE OF MAILING by the Clerk re 10 Order (vjt) (Entered: 12/19/2007) |
| 01/08/2008 | 12 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint *and Temporary Stay of Proceedings* by Spin Master Ltd, Spin Master Inc (Jones, M.) (Entered: 01/08/2008) |
| 01/09/2008 | 13 | ORDER STAYING CASE; granting defts' motion 12 for extension of time and for a temporary stay; this action is hereby stayed and the time for defts to respond to pltfs' summons and complaint is extended to 30 days following the determination by the MDL Panel. Signed by Chief Judge J. Leon Holmes on 1/9/08. (vjt) (Entered: 01/09/2008) |
| 01/09/2008 | 14 | (Court only) CERTIFICATE OF MAILING by the Clerk re 13 Order Staying Case (vjt) (Entered: 01/09/2008) |
| 01/23/2008 | 15 | RESPONSE re 13 Order Staying Case,, Terminate Motions, *Letter advising of MDL Filing on 01/24/2008* by Spin Master Inc (Jones, M.) (Entered: 01/23/2008) |
| 01/23/2008 | 16 | NOTICE by Spin Master Inc re 13 Order Staying Case,, Terminate Motions, 15 Response (Non Motion) *Notice of MDL request filed January 23, 2008* (Attachments: # 1 Document Moving Defendants' Motion for Consolidation and Transfer for Pre-Trial Proceedings, # 2 Document Moving Defendants' Brief in Support of Consolidation and Transfer For Pre-Trial Proceedings, # 3 Document Schedule of Actions, # 4 Document Certificate of Service)(Jones, M.) (Entered: 01/23/2008) |
| 04/29/2008 | 17 | TRANSFER ORDER (MDL No. 1940) in Re: Aqua Dots Products Liability Litigation, transferring case to USDC Northern District of Illinois. (vjt) (Entered: 04/30/2008) |
| 04/29/2008 | | (Court only) ***Civil Case Terminated per 17 Transfer Order. (vjt) (Entered: 04/30/2008) |
| 04/30/2008 | 18 | (Court only) CERTIFICATE OF MAILING by the Clerk re 17 Transfer Order (vjt) (Entered: 04/30/2008) |
| 04/30/2008 | | Docket Note: Case transferred to USDC-Northern District of Illinois. Certified copy of Docket Sheet and Transfer Order, along with docket entries 1-18 were forwarded to Northern District of Illinois electronically pursuant to their request. (vjt) (Entered: 04/30/2008) |